```
                                                                    Print Form
```

FILED ___ ENTERED
LODGED ___ RECEIVED

FEB 02 2015    PM

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court.

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

*George Parker III*
Plaintiff(s)

vs.

*Seattle F.B.I.*
Defendant(s),

**15-CV-152 RSL**

**CIVIL RIGHTS COMPLAINT UNDER
42 U.S.C. §1983**
(for use only by plaintiffs not in custody)

**Parties to this Complaint:**

| Plaintiff's Name, Address and Phone Number | George Parker III<br>3333 Rainier So #413<br>Seattle WA 98144<br>360 204-0780 |
|---|---|

| Defendant's Name, Address and Phone Number | Seattle F.B.I. |
|---|---|

| Defendant's Name, Address and Phone Number | |
|---|---|

IFP - (NO SUMMONS)

**Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places, and other persons involved. **Do not give any legal arguments or cite any cases or statutes**. If you allege a number of related claims, number and set forth each claim in a separate paragraph. (Attach additional sheets if necessary.)

I fear for my Life

I Been to the D.O.J.: A.G. And also the human rights.

The F.B.I have had me under Survalance since 06. Thay have harashed me got me kicked out my apt; also Bremerton. (Please see survalince) you well see that thay have abused it. (Plase refer to case number (14-CV-3944-RBL)

Thay have went to far. Now thay have Survalance In my Bathroom, My bed rome My friends don't want to be aroun me Becaus thay get stoped. I cant have gest Becaus I feel. If im seen with them; thay mite Become a target. (This has happend) Now that Im out of brem. Because joe! them. Now thay followed me to seattle. and now there causeing problems In my new Bild. By pureing black people and putting ipon their peple

**Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I well give you the names of the black people that was fired. (The same happened in bremerton. It was like they was telling me (If I cant get you I'll get them) people have got hurt & lost Jobs. Because that can do that. They are letting me know. That they can do anything they can to me. (Im afread for my family) What I have I dune, I have not had a paling or mustermenor, In parten thats 14 years. Im 59, I go to a.a. Im 15 year sober. Im not a militent. I belife In god. Im doing everything right. Maby I mite be a nigger rist, (nigger/rasist) Because If I was doing anything rong, why am I not In jail. Why have I been undersireable ~~Old S~~ Sence 06 to 15

PlEASE See Case 14-CV-5944-RBL

I declare under penalty of perjury that the foregoing is true and correct.

2-2-15                George Parker III
Date                  Signature of Plaintiff

George Parker III

Notes

Sometimes I feel like a mouse in a maze. Everyone I come In contact with pays.
Black people, their jobs, get pulled over.
Thay are actuley showing me thay have totol control over my life, My phone (I can not call a lawyer) Thay have a hold on my mind. (thay can Sourta)
I am under totle survalince. My bath room my bed room. How I know? Because thay let me know. (thay let me know I cant Shhhh without you know. Please look at there survalince from 04 to now.
Now I tolked to D.O.J. & A.G. and now you. I dont know what to do. And now there hireing black people to get at me.
Soon thay muse be apart of this if this Is true. This must stop. (I well tolk to them)
Now I have a case in bremerton
This Is from the hassment In bremerton
Vintage of Brem. (apt Bld) Has been turned upside down. This Is what the F.B.I have dune. (Case number 50030303104 Bremerton)
Thank You GP III